# UGO UZOH, P.C.

ATTORNEYS AT LAW
304 LIVINGSTON STREET, SUITE 2R
BROOKLYN, NEW YORK 11217
TEL: (718) 874-6045, FAX: (718) 576-2685

February 8, 2012

Honorable James Orenstein
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    Jermiane Tolbert v. City of New York, et al.
                 11 CV 4871 (WFK) (JO)

Dear Judge Orenstein:

      This firm represents Plaintiff Jermaine Tolbert, in connection with the above referenced matter. I write on behalf of all parties to respectfully inform the Court that the parties have reached a settlement agreement in this matter. As such, the parties respectfully request that any and all scheduled deadlines and conferences be adjourned without a date. A proposed Stipulation and Order of Settlement and Dismissal will be submitted to the Court upon execution by the parties.

      Thank you for your time and consideration in this regard.

                                                    Respectfully submitted,

                                                                   /s/

                                                              Ugochukwu Uzoh

cc:     Honorable William F. Kuntz, II, United States District Judge (via ECF)
          Assistant Corporation Counsel Erin L. Ferrell (via ECF)